**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Jacob Dinsmore | 6:24-CV-857-ORL-JSS |
| DEFENDANT | TYPE OF PROCESS |
| Albion Fitzgerald | Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
National Registered Agents, Inc.
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1209 Orange Street, Wilmington, DE, 19801. County: New Castle

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW
Jacob Dinsmore
3855 Clubside Pointe Drive
Orlando, FL 32810
County: Orange

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 8
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
National Registered Agents, Inc.
Phone: (302) 658-7581    Website: nrai.com
Fax: (302) 655-5049
email: info@nraiservices.com

Signature of Attorney other Originator requesting service on behalf of:
[X] PLAINTIFF
[ ] DEFENDANT
TELEPHONE NUMBER: (321)-297-6484
DATE: 05/10/24

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 8
District of Origin No.: 018
District to Serve No.: 015
Signature of Authorized USMS Deputy or Clerk: Jessica Perez
Date: 5/20/24

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
National Registered Agents (Robin Hutthounks)
Date: 5/20/24
Time: 1300 pm

Address (complete only different than shown above):

Signature of U.S. Marshal or Deputy:

Costs shown on attached USMS Cost Sheet >>

**REMARKS**

Form USM-285
Rev 03.