UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JACOB R DINSMORE,

    Plaintiff,

v.                                            Case No.: 6:24-cv-857-JSS-RMN

COHBAR, INC., et al.,

    Defendants.

_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07, I certify that the instant action:

__X__ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*WHEELER, JACOB*

*1:23-CV-01036*

*DELAWARE DISTRICT COURT U.S. DISTRICT COURT*

*\*\*VIOLATIONS OF FEDERAL SECURITY LAWS\*\**

1

_____ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated: May 20th, 2024

JACOB R. DINSMORE

3855 CLUBSIDE POINTE DRIVE

ORLANDO, FL 32810

(321)-297-6484

Pro Se Litigant

BY: _____