

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
Case No. 6:24-cv-00857-JSS-RMN

JACOB DINSMORE,

    Plaintiff,

v.

COHBAR, INC., DAVID
GREENWOOD, ALBION
FITZGERALD, CAROL NAST,
MISHA PETKEVICH, JOSEPH J.
SARRET, STEPHANIE TOZZO, and
JOANNE YUN,

    Defendants.

### NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jacob Dinsmore hereby voluntarily dismisses his claims in the above captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal with prejudice of the Action is effective upon filing of this notice.

Dated: July 8, 2024

Respectfully submitted,

By: _____
Jacob R. Dinsmore
3855 Clubside Pointe Drive
Orlando, Florida 32810
Telephone: 321.297.6484
Email: jakethejhead@gmail.com

*Plaintiff Pro Se*